UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:25-cv-01564-JAM-CSK |
| | No. 2:25-cv-01636-JAM-CSK |
| | No. 2:25-cv-01637-JAM-CSK |
| | No. 2:25-cv-01638-JAM-CSK |
| | No. 2:25-cv-01642-JAM-CSK |
| | No. 2:25-cv-01643-JAM-CSK |
| | No. 2:25-cv-01644-JAM-CSK |
| | No. 2:25-cv-01647-JAM-CSK |
| | No. 2:25-cv-01650-JAM-CSK |
| | No. 2:25-cv-01651-JAM-CSK |
| | |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

   Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01564, 2:25-cv-01636, 2:25-cv-01637, 2:25-cv-01638, 2:25-cv-01642, 2:25-cv-01643, 2:25-cv-01644, 2:25-cv-01647, 2:25-cv-01650 and 2:25-cv-01651 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: June 23, 2025                /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE